**Petra RAMOS, Plaintiff-Appellant,**

v.

**TEXAS TECH UNIVERSITY et al., Defendants-Appellees.**

**No. 77–2222**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Jan. 16, 1978.

David T. Lopez, Houston, Tex., for plaintiff-appellant.

James H. Milam, Cecil Kuhne, Lubbock, Tex., John L. Hill, Atty. Gen., Scott Garrison, Asst. Atty. Gen., Austin, Tex., for Texas Tech.

Before AINSWORTH, MORGAN and GEE, Circuit Judges.

---

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.

PER CURIAM:

On the basis of the opinion below, 441 F.Supp. 1050 (W.D.Tex.1977), the judgment is

AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Donnie Lloyd LENZ, Defendant-Appellant.**

**No. 77–5290**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Jan. 19, 1978.

Anthony F. Constant, Corpus Christi, Tex., for defendant-appellant.

J. A. Canales, U. S. Atty., Mary L. Sinderson, George A. Kelt, Jr., Asst. U. S. Attys., Houston, Tex., Robert A. Berg, Asst. U. S. Atty., Corpus Christi, Tex., James R. Gough, Asst. U. S. Atty., Houston, Tex., for plaintiff-appellee.

Before COLEMAN, GODBOLD and TJOFLAT, Circuit Judges.

PER CURIAM:

We affirm. The border patrol agent had both probable cause and appellant's consent for the search at Sarita checkpoint. See *United States v. Nichols*, 5 Cir. 1977, 560 F.2d 1227. Appellant's other contention respecting the stipulation to the chain of custody is also without merit.

AFFIRMED.

---

* Rule 18, 5 Cir., see *Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al.*, 5 Cir. 1970, 431 F.2d 409, Part I.